# O'Brien, Appellant, v. Collins.

*Equity—Findings of fact—Partnership—Conclusiveness of findings of fact.*

Where on a bill in equity to declare a partnership, the only issue is the alleged partnership, and the court below finds on sufficient evidence against the existence of the partnership, the appellate court in the absence of manifest error will not reverse the finding of the lower court.

Submitted Jan. 23, 1903.   Appeal, No. 246, Jan. T., 1002, by plaintiff, from decree of C. P. No. 3, Phila. Co., March T., 1901, No. 275, dismissing bill in equity in case of Robert A. O'Brien v. Philip P. Collins, Administrator et al.   Before MITCHELL, DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ.   Affirmed.

Bill in equity to declare a partnership.
The opinion of the Supreme Court states the case.

*Error assigned* was decree dismissing the bill.

*A. S. Ashbridge, Jr.,* for appellant.

*Daniel J. Shern* and *Henry J. Scott,* for appellee.

PER CURIAM, May 4, 1903 :
This was a bill against the executor of Joseph Collins and the Guarantee Company to declare a partnership between plaintiff and the decedent, and that the funds on deposit in the Guarantee Company were assets of the alleged partnership.   The executor filed a cross-bill denying the partnership and asking that plaintiff be decreed to account and pay over the assets of the decedent wrongfully taken possession of by him.   The only issue in the whole case was the alleged partnership.   The court found against its existence.   It was a single question of fact which does not require further discussion.

Decree affirmed at costs of the appellant.